**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MALCOLM LUCAS GRADY,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | ) | Case No.: 1:26-cv-04056 JLT EPG<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(Doc. 17) |

Malcolm Lucas Grady and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded $7,900.00 in fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. (Doc. 17 at 1-2.)

Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $7,900.00.

IT IS SO ORDERED.

Dated: October 13, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE